IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAKEISHA HARRIS,

    Plaintiff,

v().                                  Case No.: 4:23-cv-00328-MW-MAF

RONALD D DESANTIS et al.,

    Defendant.

_____/

## JUDGMENT

Plaintiffs' claims against the Governor are dismissed without prejudice for lack of standing.

                                                          JESSICA J LYUBLANOVITS,
                                                          CLERK OF COURT

<u>February 29, 2024</u>                              s/ *Bryston Ford*
DATE                                                     DEPUTY CLERK